Philip C. Bourdette #47492
BOURDETTE & PARTNERS
2924 W. Main Street
Visalia, CA  93291
(559) 625-8425

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| CHARLES BATE )<br>)<br>       Plaintiff, )<br>     vs. )<br>)<br>STAR VAN SYSTEMS, KRZYSZT OF )<br>ZOLNA and DOES 1 to 50 )<br>)<br>       Defendants. )<br>) | Case No. CIV-F-04-6640 AWI SMS<br><br>STIPULATION & ORDER FOR DISMISSAL |

   IT IS HEREBY STIPULATED by and between the parties through their designated counsel that the above-captioned action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  Each side shall bear its own costs and attorneys fees.

//

//

Dated: June 14, 2005                                BOURDETTE & PARTNERS

                                                    By:_____
                                                       Philip C. Bourdette
                                                       Attorneys for Plaintiff

Dated:_____                              Wilson, Elser, Moskowitz, Edelman
                                                    & Dicker
                                                    LLP



                                                    By:_____
                                                       Heidi Adams
                                                       Attorneys for Defendants


## **ORDER**

_____In accordance with the agreement between the parties, the above-entitled action is DISMISSED with prejudice, with each party to bear its own costs and attorneys fees.

IT IS SO ORDERED.


**Dated:   July 6, 2005**                           __/s/ Anthony W. Ishii___
0m8i78                                              UNITED STATES DISTRICT JUDGE

2